■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW WILLIAMS, Appellant. [688 NYS2d 893] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Corso, J.), rendered February 20, 1998, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Santucci, Krausman, Florio and H. Miller, JJ., concur.

(May 17, 1999)

■ ALEXANDER POTRUCH, P. C., Appellant, v JEANNE BERSON, Respondent. [688 NYS2d 897] —In an action to recover legal fees, the plaintiff appeals from an order of the Supreme Court, Nassau County (Phelan, J.), dated April 27, 1998, which denied its motion for summary judgment on the complaint and granted the defendant's cross motion to dismiss the complaint.

Ordered that the order is affirmed, with costs.

Contrary to the appellant's contention, it is not entitled to recover legal fees for services rendered in the respondent's matrimonial action. The appellant failed to execute and file a written retainer agreement with the respondent setting forth in plain language the terms of the compensation and the nature of the services rendered after it was substituted as the respondent's attorney (*see,* Code of Professional Responsibility DR 2-106 [c] [2] [B] [22 NYCRR 1200.11 (c) (2) (ii); 1400.3]).

The appellant's remaining contentions are without merit. Sullivan, J. P., Krausman, Florio and Smith, JJ., concur.